UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br>    STEPHEN R BROWN SR <br>    RHONDA BROWN <br>                    Debtors | CASE NO: 04-38966 <br>        (Chapter 13) <br><br> JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019974**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 13 | MIAMI VALLEY EMERGENCY SPEC <br> DEPT 541 <br> COLUMBUS, OH  43265 | 33.60 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/29/2010

Certificate of Service  04-38966

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

STEPHEN R BROWN SR
RHONDA BROWN
2935 LANSING DR
DAYTON, OH  45420

CLAY L WOODS
1344 WOODMAN DRIVE
SUITE F
DAYTON, OH  45432

(33.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(34.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(1031.1n)
EMERSON R KECK
15 W FOURTH ST   STE 100
DAYTON, OH  45402

(1032.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(13.1)
MIAMI VALLEY EMERGENCY SPEC
DEPT 541
COLUMBUS, OH  43265

(36.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner          sv